UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JEREMY DANIEL IVANOVSKIS § | |
| § | |
| v.      § | CIVIL NO. 4:23-CV-00531-SDJ-AGD |
| § | |
| FEDERAL BUREAU OF § | |
| INVESTIGATION | |

**FINAL JUDGMENT**

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, which recommended that this case be dismissed with prejudice, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Plaintiff Jeremy Daniel Ivanovskis' claims are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE